1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation; ST. PAUL MERCURY INSURANCE COMPANY, a Connecticut corporation; and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation, <br><br> Plaintiffs, <br><br> v. <br><br> CENTEX HOMES, a Nevada general partnership, CENTEX REAL ESTATE CORPORATION, a Nevada corporation; and DOES 1 through 10 inclusive, <br><br> Defendants. | Case No.: 5:14-cv-01216-AB-JC <br><br> **[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |

Case 5:14-cv-01216-AB-JC Document 77 Filed 01/05/16 Page 2 of 2 Page ID #:1742


GOOD CAUSE BEING SHOWN, whereas Plaintiffs St. Paul Fire and Marine Insurance Company, St. Paul Mercury Insurance Company, and Travelers Property Casualty Company of America (collectively, "Travelers"), and Defendants Centex Homes and Centex Real Estate Corporation (collectively, "Centex"), have agreed to resolve this matter and have executed a Settlement and Release Agreement.

NOW THEREFORE pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) (B), and the settlement agreement of the parties, Travelers and Centex hereby dismiss the above-entitled action with prejudice.

Further, the Court HEREBY ORDERS that each party to bear its own costs related to this action.

IT IS SO ORDERED.

Dated: ~~December ___, 2015~~
January 5, 2016

_____
Hon. André Birotte
United States District Judge